**Order filed October 10, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00757-CR
_____

**TYLER FORD VANTERPOOL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court**
**Colorado County, Texas**
**Trial Court Cause No. 23,121**

---

## ABATEMENT ORDER

According to information provided to this court, appellant is not represented by counsel in this appeal. The reporter's record has not been filed. Camille Bruess, a substitute reporter, reported one day of trial, and on September 13, 2013, she notified this court that appellant has not paid or made arrangements to pay the fee to prepare her portion of the reporter's record. *See* Tex. R. App. P. 37.3(c)(2)(A). On September 16, 2013, Wendy L. Kirby, the court reporter who reported the remainder of the trial, also notified this court that no payment arrangements have been made. *See id.*

Appellant filed a declaration of Financial Inability to Employ Counsel in the trial court, and counsel was appointed to represent appellant at trial. Appointed counsel withdrew after filing a notice of appeal. This court is unaware whether appellant is entitled to proceed without the payment of costs on appeal. *See* Tex. R. App. P. 37.3(c)(2)(B). Accordingly, we enter the following order. *See* Tex. R. App. P. 35.3(c).

We **ORDER** the judge of the County Court of Colorado County to immediately conduct a hearing at which appellant, appellant's counsel, if any, and counsel for the State shall participate, either in person or by video teleconference, to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. The judge may appoint appellate counsel for appellant if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law and/or any appropriate orders, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions and/or orders. The supplemental clerk's record and a transcribed record of the hearing, and a videotape or compact disc, if any, containing a recording of the video teleconference, shall be filed with the clerk of this court on or before **November 8, 2013.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

2